UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA


| | |
|---|---|
| ANDREW GROSS, III, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 2:09-cv-348-WTL-JMS |
| ) | |
| DR. LUCAS, ) | |
| ) | |
| Defendant. ) | |

**Entry Denying Motion for Leave
To Proceed** *in Forma Pauperis*

**I.**

Plaintiff Andrew Gross is ineligible to proceed *in forma pauperis* in this civil rights action and his request for that status is therefore **denied.** The reason for this ruling is that while a prisoner, Gross has filed at least three suits or appeals which have been dismissed as frivolous, malicious, or for failure to state a claim.[1] Because of these "strikes," Gross

---

[1] In *Evans v. Illinois Department of Corrections,* 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the three-strikes determination. For Gross' reference, the cases on which the court relies in finding three or more "strikes" consist of those referenced in *Gross v. Mukasey*, No. 08-CV-460 (N.D.Ill. February 27, 2008):

*Gross v. Bureau of Prisons*, No. 04-CV-220-JDT-WTL (S.D.Ind. January 6, 2005)(dismissing action on preliminary review pursuant to 28 U.S.C. § 1915A)

*Gross v. Keeler*, No. 02-CV-74850 (E.D.Mich. January 7, 2003)(dismissing action as frivolous and failing to state a claim)

*Gross v. Gonzales*, No. 06-CV-12820 (E.D.Mich. August 10, 2006)(summarily dismissing action pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A).

"can use the partial prepayment option in 28 U.S.C. § 1915(b) only if in the future he 'is under imminent danger of serious physical injury.'" *Abdul-Wadood v. Nathan*, 91 F.3d 1023, 1025 (7th Cir. 1996). In order to meet the imminent danger requirement of 28 U.S.C. § 1915(g), a plaintiff must allege a physical injury that is imminent or occurring at the time the complaint is filed, and the threat or prison condition causing the physical injury must be real and proximate. *Ciarpaglini v. Saini,* 352 F.3d 328, 330 (7th Cir. 2003) (citing *Lewis v. Sullivan,* 279 F.3d 526, 529 (7th Cir. 2002), and *Heimermann v. Litscher,* 337 F.3d 781 (7th Cir. 2003). Such allegations are not present in this case.

**II.**

Gross shall have **through December 9, 2009**, in which to pay the $350.00 filing fee for this civil action.

**IT IS SO ORDERED.**

Date: 11/23/2009

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Andrew Gross, III
#28240-039
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808